UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| NICOLE F. DAVIDSON fka NICOLE F. ABAYA, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil Action No. 0:12-cv-60730 Hon. William P. Dimitrouleas |
| GC SERVICES LIMITED PARTNERSHIP, | ) ) | |
| Defendant | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Nicole F. Davidson fka Nicole F. Abaya, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby voluntarily dismisses all claims in this action with prejudice.

Date:   June 8, 2012

Respectfully submitted,

/s/ Michael L. Greenwald

**GREENWALD DAVIDSON PLLC**
Michael L. Greenwald   (Fla. Bar No. 0761761)
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
Tel: (561) 826-5477
Fax: (561) 961-5684
mgreenwald@mgjdlaw.com